IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINE SANCHEZ, LISA PABON, SAMANTHA MORI, and ANGELY FERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>-against-<br><br>SALSA CON FUEGO INC., SALSA CON FUEGO MANAGEMENT LLC, SCF CEDAR LLC, JOSEPH NIEVES, JOHN MANGAN, and JOHN DOES #1-10, Jointly and Severally,<br><br>                      Defendants. | 16 Civ. 0473 (RJS)(BCM) |

## NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN

**FROM:**    **PELTON GRAHAM LLC**
                111 Broadway, Suite 1503
                New York, New York 10006
                Telephone: (212) 385-9700
                Email: pelton@peltongraham.com

**TO:**    All current and former bartenders, servers, and bussers who worked for Salsa Con Fuego at any time between January 21, 2013 and the present.

**RE:**    Opportunity to join a lawsuit asserting violations of the <u>Fair Labor Standards Act</u> and New York Labor Law against Salsa Con Fuego Inc., Salsa Con Fuego Management LLC, SCF Cedar LLC, Joseph Nieves, John Mangan and John Does #1-10 (collectively, "Salsa Con Fuego" or "Defendants").

**I.      INTRODUCTION**

The purpose of this notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the named plaintiffs, to advise you of how your rights may be affected by this lawsuit and to instruct you on the procedure for participating in this lawsuit if you elect to do so. The lawsuit at issue was filed on January 21, 2016 against Defendants in the United States District Court for the Southern District of New York. The plaintiffs allege that the Defendants violated the federal Fair Labor Standards Act and the New York Labor Law by improperly failing to pay minimum wage for all hours worked and failing to pay overtime premiums for hours worked in excess of forty (40) per week. The lawsuit also asserts spread-of-hours, unlawfully withheld gratuities and wage notice violations pursuant to the New York Labor Law, and seeks back pay and liquidated damages, as well as costs and attorneys' fees. Defendants deny the plaintiffs' allegations and deny that they are liable to the plaintiffs for any of the back pay, liquidated damages, costs or attorneys' fees sought.

**II.     COMPOSITION OF THE COLLECTIVE ACTION CLASS**

Plaintiffs seek to bring this Fair Labor Standards Act claim on behalf of themselves and on behalf of all other employees with whom they are similarly situated. Specifically, plaintiffs seek to bring a Fair Labor Standards Act claim on behalf of themselves and all current and former bartenders, servers, and bussers who worked at Salsa Con Fuego at any time between January 21, 2013 and the present.

**III.    YOUR RIGHT TO PARTICIPATE IN THE LITIGATION**

If you fit within the definition above and worked at Salsa Con Fuego at any time between January 21, 2013 and the present, you may join this case. In order to join this case (that is, to "opt-in"), you **must** sign the attached "Consent to Become a Party Plaintiff" form and return it to either the lawyers who are representing the plaintiffs or counsel of your choosing in time for it to be filed by _____ [Insert date that is 60 days after the date of the mailing].

If you sign and return the attached form to plaintiffs' counsel, you will be represented by plaintiffs' counsel at the following address:

PELTON GRAHAM LLC
111 Broadway, Suite 1503
New York, New York 10006
Telephone: (212) 385 9700
Facsimile: (212) 385 0800
Email: pelton@peltongraham.com

If you fail to return the Consent to Become a Party Plaintiff form to plaintiffs' counsel or counsel of your own choosing in time for it to be filed on or before the above deadline, you may not be able to participate in this lawsuit.

Questions? Please call Pelton Graham LLC at (212) 385-9700

2

## IV. EFFECT OF JOINING THIS ACTION

If you choose to join in this case, you will be bound by any decision or Judgment of the Court, or any settlement, whether it is favorable or unfavorable. In addition, if you join this lawsuit, you may be asked to give testimony and information about your work for Defendants, to help the Court decide whether you are owed any money.

## V. TO STAY OUT OF THE LAWSUIT

If you do not wish to be part of the lawsuit, you do not need to do anything. If you do not join the lawsuit, you will not be part of the federal claims portion of this case in any way and will not be bound by or affected by the result (whether favorable or unfavorable). Your decision not to join this case will not affect your right to bring a similar case on your own at a future time. However, claims under the Fair Labor Standards Act typically must be brought within 2 years of the date the claim accrues, unless the employer's violation of the law was "willful," in which case the claim must be brought within 3 years and claims under the New York Labor Law must be brought within 6 years of the date the claim accrues.

## VI. NO RETALIATION PERMITTED

Federal law prohibits Salsa Con Fuego Inc., Salsa Con Fuego Management LLC, SCF Cedar LLC, Joseph Nieves, John Mangan or the as of yet unnamed corporate Defendants from taking any retaliatory action against any person, including current employees, who joins or assists in the prosecution of this case. Defendants are prohibited by law from retaliating against you for exercising your rights under the Fair Labor Standards Act or New York Labor Law.

## VII. YOUR LEGAL REPRESENTATION IN THIS MATTER

If you choose to join this suit and agree to be represented by the named plaintiffs through his attorneys, your counsel in this action will be:

> PELTON GRAHAM LLC
> 111 Broadway, Suite 1503
> New York, New York 10006
> Telephone: (212) 385-9700
> Facsimile: (212) 385-0800
> Email: pelton@peltongraham.com

The attorneys for the collective action plaintiff are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees.  In the event that the Plaintiffs and collective action plaintiffs are successful, Pelton Graham LLC may petition the Court for an award of fees and costs to be paid by Defendants.

Questions? Please call Pelton Graham LLC at (212) 385-9700

3

If you sign and return the Consent to Become a Party Plaintiff form attached to this Notice to plaintiffs' attorneys, you are agreeing to designate the collective action representatives as your agents to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative plaintiffs will be binding on you if you join this lawsuit. However, the Court has retained jurisdiction to determine the reasonableness of any contingency agreement entered into by the plaintiffs with counsel, and to determine the adequacy of the plaintiffs' counsel.

### VIII.   IMMIGRATION STATUS

You have the right to participate in this action even if you are an undocumented immigrant or if you were paid in cash. You do not need to have a record of the hours you worked in order to participate in this lawsuit.

### IX.   FURTHER INFORMATION

Further information about this Notice, the deadline for filing a Consent to Become a Party Plaintiff, or answers to questions concerning this lawsuit may be obtained by contacting Plaintiffs' counsel: (a) by telephone at (212) 385-9700; (b) email at pelton@peltongraham.com; or (c) in writing at Pelton Graham LLC, 111 Broadway, Suite 1503, New York, New York 10006.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, THE HONORABLE BARBARA MOSES, UNITED STATES MAGISTRATE JUDGE. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.

DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE.

DATED: _____ __, 2016

Questions? Please call Pelton Graham LLC at (212) 385-9700

4

**EN LA CORTE DISTRITAL DE LOS ESTADOS UNIDOS
PARA EL DISTRITO SUR DE NUEVA YORK**

| | |
|---|---|
| **CAROLINE SANCHEZ, LISA PABON, SAMANTHA MORI y ANGELY FERNANDEZ,** Individualmente y en Representación de Todos los Otros Similarmente Situados,<br><br>                    **Demandantes,**<br><br>-en contra de-<br><br>**SALSA CON FUEGO INC., SALSA CON FUEGO MANAGEMENT LLC, SCF CEDAR LLC, JOSEPH NIEVES, JOHN MANGAN, y JOHN DOES #1-10, Individual y Solidariamente,**<br><br>                    **Demandados.** | **16 Civ. 0473 (RJS)(BCM)** |

**NOTIFICACION DE DEMANDA CON OPORTUNIDAD PARA HACERSE PARTE**

**DE:**     PELTON GRAHAM LLC
         111 Broadway, Oficina 1503
         New York, New York 10006
         Teléfono: (212) 385-9700
         Correo electrónico: pelton@peltongraham.com

**PARA:**   Todo los actuales y pasados bartenders (empleados de la barra), meseros y ayudantes de meseros (bussers), que trabajaron para Salsa Con Fuego en cualquier tiempo desde o después del día 21 de enero de 2013 hasta el presente.

**REF.:**   Oportunidad para hacerse parte de una demanda aduciendo violaciones a la <u>Ley Federal de Normas Justas de Trabajo</u> y la Ley Laboral del estado de Nueva York en contra de Salsa Con Fuego Inc., Salsa Con Fuego Management LLC, SCF Cedar LLC, Joseph Nieves, John Mangan y las Compañías Aún Sin Identificar #1 al 10 (colectivamente los "Demandados").

### I.     **INTRODUCCION**

El propósito de esta Notificación es informarle de la existencia de una demanda de acción colectiva en la que Usted puede estar "similarmente situado" respecto de las demandantes nombradas arriba, para informarle de cómo sus derechos pueden verse afectados por esta

demanda y para instruirle en el procedimiento para participar en esta demanda si Usted elige así hacerlo. La demanda en cuestión fue presentada el día 21 de enero de 2016 en contra los Demandados en la Corte de Distrito de los Estados Unidos para el Distrito Sur de Nueva York. Las Demandantes alegan que los Demandados violaron la <u>Ley Federal de Normas Justas de Trabajo</u> y la Ley Laboral de Nueva York, al no pagar a sus empleados elegibles el salario mínimo correcto o las horas extras (overtime) equivalentes a uno punto cinco (1.5) el valor de su hora regular, por todas las horas trabajadas más allá de las cuarenta (40) en una semana de trabajo. La demanda busca igualmente los reclamos por el no pago de la hora adicional al valor de la hora regular por todos los días en los que se trabajaron turnos de diez (10) o más horas en el día, por la apropiación indebida de las propinas y los daños por las violaciones al no entregar declaración inicial de salario conforme a la Ley Laboral del estado de Nueva York y dicha demanda busca por tanto pagos retroactivos y daños dobles por perjuicios, así como las costas y honorarios de abogados. Los demandados niegan los alegatos de las demandantes y niegan ser responsables de compensar salarios retroactivos no pagados, daños, costas u honorarios de abogados a las demandantes.

## II.     COMPOSICION DE LA ACCION COLECTIVA

Las demandantes buscan traer sus reclamos bajo la <u>Ley Federal de Normas Justas de Trabajo</u> en nombre propio y en nombre de todos aquellos empleados respecto de las cuales se encuentran similarmente situadas. Específicamente, las demandantes buscan traer sus reclamos bajo la <u>Ley Federal de Normas Justas de Trabajo</u> en nombre propio y de pasados y/o presentes bartenders (empleados de la barra), meseros y ayudantes de meseros (bussers), que hayan trabajado para Salsa Con Fuego en cualquier momento a partir del día 21 de enero de 2013 hasta el presente.

## III.    SU DERECHO A PARTICIPAR EN EL LITIGIO

Si Usted se ajusta a la descripción explicada arriba y trabaja(ó) para Salsa Con Fuego en cualquier tiempo entre el día 21 de enero de 2013 hasta el presente, Usted puede unirse a esta demanda. Para poder unirse a esta demanda (es decir, "opt-in"), usted **debe** firmar el formato adjunto "Consentimiento para Hacerse Parte de Una Demanda" y enviarlo a los abogados que representan a las Demandantes a más tardar el día _____ [Insert date 60 days after the date of the mailing].

Si Usted firma y retorna el formato adjunto, Usted estará representado por los abogados de las demandantes en la siguiente dirección:

PELTON GRAHAM LLC
111 Broadway, Oficina 1503
New York, New York 10006
Teléfono: (212) 385-9700
Fax: (212) 385-0800
Correo electrónico: pelton@peltongraham.com

Preguntas? Por favor llame a Pelton Graham LLC al (212) 385-9700

Si usted falla en el reenvío del formato de Consentimiento para Hacerse Parte de Una Demanda a los abogados de las Demandantes, o a través de un abogado de su propia elección con suficiente tiempo para que sea presentado ante la Corte antes de la fecha limite indicada arriba, es posible que Usted no pueda hacerse parte de esta demanda.

## IV.     EFECTOS AL HACERSE PARTE DE ESTA ACCION

Si Usted decide hacerse parte de esta demanda Usted se verá vinculado a cualquier decisión, Sentencia de la Corte, o acuerdo de conciliación, ya sea este favorable o desfavorable. En adición, si Usted se hace parte de esta demanda, Usted puede ser llamado a rendir testimonio y proveer información respecto de su trabajo para los Demandados, con el fin de ayudar a la Corte a decidir si se le adeuda o no algún tipo de compensación.

## V.     QUEDARSE FUERA DE LA DEMANDA

Si Usted no desea hacerse parte de la demanda, Usted no necesita hacer nada. Si no se une a la demanda, Usted no recibirá parte de la porción de reclamos federales obtenidos en este caso en ninguna forma y no se verá obligado o afectado por el resultado (ya sea este favorable o desfavorable). Su decisión de no participar en esta demanda no afecta su derecho a presentar un caso similar por su cuenta en un futuro. Sin embargo, los reclamos bajo la Ley Federal de Normas Justas de Trabajo normalmente deben ser interpuestos dentro de los 2 años a la fecha de ocurrencia de los hechos, a menos que la violación de la ley haya sido "intencional", en cuyo caso el reclamo puede ser presentado dentro de los 3 años de su ocurrencia. En adición a ello, los reclamos bajo la Ley Laboral de Nueva York normalmente tienen que ser presentados dentro de los 6 años a la fecha de ocurrencia de los hechos.

## VI.     NO ESTAN PERMITIDAS LAS REPRESALIAS

La ley federal prohíbe a Salsa Con Fuego Inc., Salsa Con Fuego Management LLC, SCF Cedar LLC, Joseph Nieves, John Mangan o cualesquiera de las compañías que en este momento aún no han sido llamadas dentro del proceso como Demandados, de tomar represalias en contra de ninguna persona, incluyendo sus empleados actuales, que se unan o asistan en la prosecución de este caso. A los demandados les está prohibido por ley tomar represalias en contra de Usted por ejercer su derecho bajo la Ley Federal de Normas Justas de Trabajo o la Ley Laboral de Nueva York.

## VII.     SU REPRESENTACION LEGAL SI SE UNE

Si decide unirse a esta demanda y acepta ser representado por las Demandantes Nombradas a través de sus abogados, sus abogados en esta demanda serán:

PELTON GRAHAM LLC
111 Broadway, Oficina 1503
New York, New York 10006
Teléfono: (212) 385-9700
Fax: (212) 385-0800
Correo electrónico: pelton@peltongraham.com

Preguntas? Por favor llame a Pelton Graham LLC al (212) 385-9700

Los abogados de la acción colectiva están siendo pagados bajo la figura de la contingencia, lo cual significa que en caso de no haber recuperación económica, no habrá lugar al pago de honorarios profesionales.  En el evento que las Demandantes Nombradas y los demandantes que se unan después al proceso tengan éxito, Pelton Graham LLC podrá solicitar a la Corte que los honorarios profesionales y las costas procesales asignadas, sean pagadas por los Demandados.

Si Usted firma y retorna el formato de Consentimiento Para Hacerse Parte de Una Demanda adjunto a la presente notificación a los abogados que representan a las demandantes, Usted está de acuerdo en designar a las representantes de la acción colectiva como sus agentes para tomar decisiones en su nombre respecto del litigio, el método y la forma de conducir este procedimiento, el acuerdo al cual lleguen para el pago de los honorarios profesionales y las costas procesales a los abogados que representan a las demandantes y cualesquiera otras decisiones concernientes a este proceso.  Estas decisiones y acuerdos hechos por las representantes de la acción le vincularan a Usted si decide unirse a la demanda.  Sin embargo, la Corte retiene jurisdicción para determinar la razonabilidad del acuerdo de contingencia con los abogados de las demandantes y para determinar la idoneidad de dichos abogados.

**VIII.   SITUACION MIGRATORIA**

Usted tiene derecho de participar en esta demanda aún si Usted es un inmigrante indocumentado o si Usted fue pagado solo en efectivo.  Usted no necesita tener registro de todas las horas trabajadas para poder hacerse parte de esta demanda.

**IX.   INFORMACION ADICIONAL**

Información adicional acerca de esta Notificación, la fecha límite para la presentación del formato Consentimiento para Hacerse Parte de Una Demanda, o respuestas a preguntas relativas a esta demanda, Usted las puede obtener poniéndose en contacto con el abogado de las Demandantes: (a) por teléfono al (212) 385-9700, (b) por correo electrónico a pelton@peltongraham.com, o (c) por escrito a Pelton Graham LLC, 111 Broadway, Oficina 1503, New York, New York 10006.

ESTA NOTIFICACION Y SU CONTENIDO HA SIDO AUTORIZADA POR LA CORTE DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO SUR DE NUEVA YORK, LA HONORABLE BARBARA MOSES, JUEZ MAGISTRADA DE LOS ESTADOS UNIDOS. LA CORTE NO HA TOMADO POSICION EN ESTE CASO RESPECTO DEL MERITO DE LOS RECLAMOS DE LAS DEMANDANTES O LA DEFENSA DE LOS DEMANDADOS. FAVOR ABSTENGASE DE LLAMAR A LA CORTE EN REFERENCIA A ESTA NOTIFICACION.

FECHA: ___ _____ de 2016

Preguntas? Por favor llame a Pelton Graham LLC al (212) 385-9700

4