USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLINE SANCHEZ, et al.,

    Plaintiffs,

-against-

SALSA CON FUEGO, INC., et al.,

    Defendants.

16-CV-00473 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On August 24, 2016, the Court granted plaintiffs' motion for conditional collective action certification, pursuant to 29 U.S.C. § 216(b), as to all current and former bartenders, servers, and bussers employed at the Salsa Con Fuego restaurant and lounge since January 21, 2013, and ordered plaintiffs to submit revised versions of their proposed Notice, Consent to Join, and Reminder Letter, modified to replace the phrase "tip-eligible employees" with "bartenders, servers, and bussers." *See* Mem. & Order of Aug. 24, 2016 (Dkt. No. 37), at 17–18. On August 25, 2016, plaintiffs submitted revised versions of those forms, with the relevant language modified as ordered. (Dkt. Nos. 38-1, 38-2, 38-3.) Plaintiffs' submission also includes Spanish-language translations of each form, the accuracy of which the Court is unable to verify. If defendants believe that the content of the Spanish-language forms differs in any relevant way from the English-language versions, they may file a letter so informing the Court no later than **September 2, 2016**.

    If no such objection is filed by September 2, plaintiffs' revised Notice, Consent to Join, and Reminder Letter will be APPROVED; plaintiffs shall mail and email the Notice and Consent to Join no later than **October 3, 2016**, and may mail and email the Reminder Letter thereafter; and defendants shall promptly post a copy of the Notice and Consent to Join in a conspicuous, non-public location at Salsa Con Fuego, where it shall remain through the end of the opt-in period specified on the Notice.

Dated: New York, New York
       August 26, 2016

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge