**Kevin Sean O'Donoghue, Esq.**
PO BOX 134
New York, NY 10163
646-280-6903



**Salsa Con Fuego**

# Invoice 20283

| Date | Feb 17, 2017 |
|---|---|
| **Service Thru** | Feb 13, 2017 |

**In Reference To: SDNY (Task)**

| Date | Services | Hours | Amount |
|---|---|---|---|
| 08/11/2016 | **A104 - Review/analyze:** Review of docs and file | 0.70 | $ 210.00 |
| 08/15/2016 | **A104 - Review/analyze:** Comm with prior counsel | 0.30 | $ 90.00 |
| 08/18/2016 | **A104 - Review/analyze:** Call with counsel and court | 0.55 | $ 165.00 |
| 08/19/2016 | **A108 - Communicate (other external):** Comm with court regarding status | 0.40 | $ 120.00 |
| 08/24/2016 | **A107 - Communicate (other outside counsel):** Comm with client and court regarding order | 0.50 | $ 150.00 |
| 09/09/2016 | **A103 - Draft/revise:** Drafted response to rogs and dni | 2.50 | $ 750.00 |
| 09/09/2016 | **A106 - Communicate (with client):** Comm with client regarding case | 0.50 | $ 150.00 |
| 09/22/2016 | **A108 - Communicate (other external):** Comm with client and counsel regarding notices | 0.20 | $ 60.00 |
| 01/04/2017 | Comm with court and counsel regarding discovery | 0.50 | $ 150.00 |
| 01/12/2017 | Conference call with court regarding discovery | 0.35 | $ 105.00 |
| 02/01/2017 | Comm with court and counsel regarding discovery | 0.40 | $ 120.00 |
| 02/06/2017 | Comm with court and counsel regarding discovery | 0.30 | $ 90.00 |
| 02/07/2017 | Comm with court regarding discovery and filed letter | 0.50 | $ 150.00 |
| 02/10/2017 | Appearance at NYSD for conference | 1.25 | $ 375.00 |
| 02/10/2017 | Drafted letter for court and counsel regarding discovery | 0.50 | $ 150.00 |

| | |
|---|---|
| **Total Hours** | 9.45 hrs |
| **Total Task** | $ 2,835.00 |
| **Total Invoice Amount** | $ 2,835.00 |
| **Previous Balance** | **$ 0.00** |

**Kevin Sean O'Donoghue, Esq.**
PO BOX 134
New York, NY 10163
646-280-6903

# INVOICE

**Salsa Con Fuego**

### Invoice 20283

| Date | Feb 17, 2017 |
|---|---|
| **Service Thru** | Feb 13, 2017 |

| Balance (Amount Due) | $ 2,835.00 |
|---|---|